Carla M. Wirtschafter (SBN 292142)
Email:    cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone 310-734-55200
Fax 310-734-5299

Jordan W. Siev (*Pro hac vice forthcoming*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

*Attorneys for Petitioner*
  *Daniel Snyder*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 8:21-mc-19 <br><br> **Declaration of Jordan W. Siev in Support of *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DECLARATION OF JORDAN W. SIEV IN SUPPORT OF *EX PARTE* PETITION FOR
ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

## DECLARATION OF JORDAN W. SIEV

I, Jordan W. Siev, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Reed Smith LLP, attorneys of record for petitioner Daniel Snyder ("Petitioner" or "Mr. Snyder") in this matter.

2.      I am fully familiar with the facts and circumstances set forth herein and submit this Declaration in support of Mr. Snyder's *Ex Parte* Petition, pursuant to 28 U.S.C. § 1782, for assistance in aid of a foreign proceeding.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the subpoena for the production of documents that Petitioner seeks to serve on Respondent.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the deposition subpoena that Petitioner seeks to serve on Respondent.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the document commencing the litigation currently pending in The Court of the Hon'ble High Court of Delhi (the "Indian Court"), bearing the caption *Daniel Snyder Through his SPA Holder vs. Eleven Internet Services LLP & Ors.* (the "Indian Action").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of April, 2021 at New York, New York.


_____*/s/ Jordan W. Siev*_____
                    Jordan W. Siev, Esq.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware